■ In the Matter of KEDRA L. SMALL, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [823 NYS2d 703]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Scudder, J.P., Gorski, Green and Pine, JJ. (Filed Oct. 25, 2006.)